IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHNNY PAUL DODSON                                                              PETITIONER

v.                                         5:05CV00334  JFF

LARRY NORRIS, Director,
Arkansas Department of
Correction                                                                              RESPONDENT

## JUDGMENT

IT is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed with prejudice.

IT IS SO ADJUDGED this 6th day of July, 2006.

_____
UNITED STATES MAGISTRATE JUDGE